NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, | **Case No.** 2:20-cv-02527-ODW(GJS) |
| Plaintiff, | **ORDER** |
| v. | |
| **Thrifty Payless, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to the Joint Stipulation of the Parties, Defendant Thrifty Payless, Inc. is hereby **ORDERED** to modify the sales counter at the ice cream bar in its Rite Aid store at 1335 E. Huntington Drive, Duarte, California to ensure that:

(1) A portion of sales counter is no higher than 34 inches above the finished floor, that it is at least 36 inches in length, and extends the same depth as the rest of the sales counter in conformance with 36 C.F.R., Part 1191, Appendix D, § section 904.4;

(2) there is clear floor space of 30 inches by 48 inches minimum in front of this wheelchair accessible portion of the sales counter in compliance with 36 C.F.R., Part 1191, Appendix D § 305; and

(3) the counter is maintained in readily useable form as required by 28 C.F.R. § 36.211.

**(4) The Parties are ordered to show cause why the case should not be dismissed seeing that the Parties have stipulated to injunctive relief and the Court already dismissed Plaintiff's state law claims without prejudice by June 5, 2020.**

Dated: May 29, 2020     By: _____
                            OTIS D. WRIGHT, II
                            UNITED STATES DISTRICT JUDGE